BARRY MORRIS, SBN 48368
Attorney at Law
1220 Oakland Blvd. #200
Walnut Creek, CA 94596
(925) 934-1100
fax (925) 934-1122
*barrymorris@mac.com*

Attorney for Defendant
MIKIAL NAJJIR

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                    No.   CR 11-902 RS

                                 Plaintiff,

  v.

MIKIAL NAJJIR,

                                 Defendant./

## Stipulation and Order

IT IS HEREBY STIPULATED between BARRY MORRIS, attorney for defendant, MIKIAL NAJJIR, and PHILIP KEARNY, attorney for the United States, that the status conference set for today, February 14, 2012, be continued until February 28, 2012 at 2:30 p.m. It is further stipulated that time may be excluded for the effective preparation of counsel. This stipulation is based upon the attached declaration of BARRY MORRIS.

Dated: February 14, 2012

                                          _____s/_____
                                          BARRY MORRIS
                                          Attorney for Defendant

MIKIAL NIJJAR

_____s/_____
PHILIP KEARNY
Attorney for the United States

## **Declaration of Barry Morris**

I, BARRY MORRIS, do hereby declare under penalty of perjury that the following is true and correct:

1. I am an attorney licensed to practice law in the United States District Court for the Northern, Central, and Eastern Districts of California and the United States Court of Appeals for the Ninth Circuit, and the United States Supreme Court. I represent the defendant in the above-entitled action;

2. I have been out of the country for the past four weeks. Monday was my first day back in the office. I need additional time to review additional discovery in the matter. In addition, there are ongoing discussions about a plea agreement and both sides need the additional time to come to terms.

Dated: February 14, 2012

_____
BARRY MORRIS
Attorney for Defendant
MIKIAL NAJJIR

## Order

GOOD CAUSE APPEARING THEREFOR, it is hereby ordered that the status conference set for today, February 14, 2012 be continued until February 28, 2012 at 2:30 p.m. Time is excluded for the effective preparation of counsel.

Dated: 2/14/12

UNITED STATES DISTRICT JUDGE