BARRY MORRIS, SBN 48368
Attorney at Law
1220 Oakland Blvd. #200
Walnut Creek, CA 94596
(925) 934-1100
fax (925) 934-1122
*barrymorris@mac.com*

Attorney for Defendant
MIKIAL NAJJIR

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 11-0902 RS |
| Plaintiff, | |
| v. | |
| MIKIAL NAJJIR, | |
| Defendant./ | |

## Stipulation and Order

IT IS HEREBY STIPULATED between BARRY MORRIS, attorney for defendant, MIKIAL NAJJIR, and PHILIP KEARNY, attorney for the United States, that the status conference set for today, February 28, 2012, be continued until March 20, 2012 at 2:30 p.m. It is further stipulated that time may be excluded for the continuity of and effective preparation of counsel. This stipulation is based upon the attached declaration of BARRY MORRIS.

Dated: February 28, 2012

                                          _____s/_____
                                          BARRY MORRIS
                                          Attorney for Defendant
                                          MIKIAL NIJJAR

```
                    _____s/_____
                    PHILIP KEARNY
                    Attorney for the United States
```

## Declaration of Barry Morris

I, BARRY MORRIS, do hereby declare under penalty of perjury that the following is true and correct:

1. I am an attorney licensed to practice law in the United States District Court for the Northern, Central, and Eastern Districts of California and the United States Court of Appeals for the Ninth Circuit, and the United States Supreme Court. I represent the defendant in the above-entitled action;

2. I need additional time to review additional discovery in the matter recently delivered to counsel and discuss it with my client. In addition, there are ongoing discussions about a plea agreement and both sides need the additional time to come to terms.

Dated: February 28, 2012

```
                    _____
                    BARRY MORRIS
                    Attorney for Defendant
                    MIKIAL NAJJIR
```

## Order

GOOD CAUSE APPEARING THEREFOR, it is hereby ordered that the status conference set for today, February 28, 2012 be continued until March 20, 2012 at 2:30 p.m. Time is excluded for continuity of and the effective preparation of counsel.

Dated: 2/28/12

_____
UNITED STATES DISTRICT JUDGE