BARRY MORRIS, SBN 48368
Attorney at Law
1220 Oakland Blvd. #200
Walnut Creek, CA 94596
(925) 934-1100
fax (925) 934-1122
*barrymorris@mac.com*

MATTHEW J. FREGI, SBN 239525
Attorney at Law
1013 Putnam Street
Antioch, California
(925) 565-3456
Fax: (925) 228-7086
*fregi.legal@gmail.com*

Attorney for Defendant
MIKIAL NAJJIR

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,　　　　　　　No. 11-00902 RS

　　　　　　　　　　　Plaintiff,

　v.

MIKIAL NAJJIR,

　　　　　　　　　　　Defendant./

## Stipulation, Declaration, and Order

IT IS HEREBY STIPULATED between BARRY MORRIS, attorney for defendant, MIKIAL NAJJIR, and PHILIP KEARNY, attorney for the United States, that sentencing, previously set for set for July 24, 2012, be continued until August 28, 2012 at 2:30 p.m. This stipulation is based upon the attached declaration of BARRY MORRIS.

Dated: July 11, 2012

```
                              _____s/_____
                              BARRY MORRIS
                              Attorney for Defendant
                              MIKIAL NIJJAR

                              _____s/_____
                              PHILIP KEARNY
                              Attorney for the United States
```

## Declaration of Barry Morris

I, BARRY MORRIS, do hereby declare under penalty of perjury that the following is true and correct:

1. I am an attorney licensed to practice law in the United States District Court for the Northern, Central, and Eastern Districts of California and the United States Court of Appeals for the Ninth Circuit, and the United States Supreme Court. I represent the defendant in the above-entitled action;

2. I am leaving for a long planned, prepaid two week vacation with my son on July 13, 2012. Through absolutely no fault of the defendant or pretrial services -- it was all my fault -- the pretrial officer did not have an opportunity to interview my client prior to preparing the presentence report. In my absence, co-counsel will make the defendant available for interview with pretrial services so that an amended presentence report may be submitted to the court at the time of sentencing.

Dated: July 11, 2012

```
                              _____
                              BARRY MORRIS
                              Attorney for Defendant
                              MIKIAL NAJJIR
```

## Order

GOOD CAUSE APPEARING THEREFOR, it is hereby ordered that the sentencing, previously set for set for July 24, 2012, be continued until August 28, 2012 at 2:30 p.m.. Time is excluded for the effective preparation of counsel.

Dated: 7/12/12

_____
UNITED STATES DISTRICT JUDGE